UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

Plaintiff,

v.

YOLANDA'S CONSTRUCTION
ADMINISTRATION & TRAFFIC
CONTROL, INC., a California corporation,

Defendant.

.

NO.    C18-01586-RSM

ORDER GRANTING PLAINTIFFS'
MOTION TO CONTINUE COURT
DATES

THIS MATTER having come on to be heard on the motion of Plaintiff, Plaintiff appearing through its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Plaintiff is requesting a 30-day continuance of each of the scheduled deadlines for the FRCP Conference for December 6, 2018, Initial Disclosures for December 13, 2018 and Joint Status Report for December 20, 2018, to give the Defendant time to answer the complaint, as Defendant was served with the lawsuit on November 27, 2018, now, therefore;

IT IS HEREBY ORDERED that Plaintiff's Motion to Continue Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..January 3, 2019

Initial Disclosures Pursuant to FRCP 26(a)………January 10, 2019

Combined Joint Status Report and Discovery
 Plan as Required by FRCP 26(f), and Local
 Rule CR 16……………………………………January 17, 2019


DATED this 10 day of December 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE



Presented for Entry by:


*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff